HILBORN *et al. v.* DIBBLE.

SUPREME COURT.—*Assignment of Errors.*

APPEAL from the Laporte Circuit Court.

PETTIT, C. J.—This appeal is dismissed for a non-compliance with the 18th (now 1st) rule of this court in the assignment of errors. *Brookover* v. *Forst,* 31 Ind. 255; and the case of *The State, ex rel. Childers,* v. *Delano, ante,* p. 52, decided at this term, and the authorities there cited.

*J. A. Thornton,* for appellants.